LOMA HOLDING CORPORATION, Respondent, *v.* CRIPPLE BUSH REALTY CORPORATION, Appellant.

(Argued June 5, 1934; decided July 3, 1934.)

*Frederic R. Sanborn* for appellant.
*Benjamin M. Kaye* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.